**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52858.

Oct. 17, 1972.

Application denied. The application for mandamus is moot in view of the return of the district judge. As shown therein, relator is not entitled to a writ of habeas corpus on the merits.

267 So.2d 208

**Charlene Mary SAIA**

v.

**Louis A. HEYD, Jr.**

No. 52874.

Oct. 17, 1972.

Writ denied. The petitioner has no *right* to bail pending review of a revocation of probation. Cf. La.C.Cr.P. Art. 899, subd. C.

BARHAM, J., concurs. There is no *right* to bail here but upon a proper showing of abuse which is not made here, the Court can in the exercise of its supervisory jurisdiction stay execution with or without bail.

.267 So.2d 208

**Michael E. CULLIGAN**

v.

**Wade O. MARTIN, Jr., Secretary of State, State of Louisiana, et al.**

No. 52898.

Oct. 17, 1972.

Writ refused. This Court will not exercise its supervisory jurisdiction when due to the element of time, any judgment which

might be rendered could not become effective to afford relator the relief sought.

DIXON, J., is of the opinion that the time element does not prevent the consideration of the issues; ballots have not been printed, except for absentee ballots. Downs v. Pharis, 240 La. 580, 124 So.2d 553, is probably in error, and, if so, should be reversed.